Lawrence Lawton, and his wife, Appellants, v. S. K. S. Holding Company, a Corporation and Bank of Winter Park, Appellees.

*E. W. & R. C. Davis,* for Appellants.

Robert C. Black, Appellant, v. Gladys Black, Appellee.

*H. O. Brown,* for Appellant;

*Sinclair & Spillman,* for Appellee.

Leesburg State Bank & Trust Company, Appellants, v. The Federal Land Bank of Columbia, Appellee.

*P. C. Gorman,* for Appellant;

*A. M. Roland,* for Appellee.